UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-6705 MRW | Date | September 24, 2019 |
|---|---|---|---|
| Title | Patricia Sue Williams v. Harihar P. Agarwal | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSING CASE

    Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 14.) This action is dismissed with prejudice in its entirety.